FORM VAN–094a
REVISED 11/21/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                            Case No.: 4:13–bk–02220–EWH

YVONNE M GRANILLO                  Chapter: 7
8760 W BOPP ROAD
TUCSON, AZ 85735
**SSAN:** xxx–xx–4416
**EIN:**

Debtor(s)

## ORDER RE: NON–PAYMENT OF REQUIRED FILING FEE

YVONNE M GRANILLO has filed the following document without payment of the full filing fees:

- [x] $30.00 Fee for filing an Amendment to the Mailing List or Debtors(s) Schedules of creditors, Schedule D, E or F. Amendments which incur the filing fee include; adding creditors, deleting creditors, or changing the amount or classification of a debt.

- [ ] $176.00 Fee for filing a Motion: for Relief from Stay; to Terminate, Annul, Condition or Modify the Stay; to Compel Abandonment; or to Withdraw the Reference of a Case or Proceeding.

- [ ] $15.00 Fee for a Creditor or Trustee filing a Motion to Convert a Chapter 11 Case to Chapter 7; $25.00 Fee for a Motion to Convert a Chapter 13 Case to Chapter 7; and $60.00 Fee for a Motion to Convert a Chapter 12 Case to Chapter 7.

- [ ] $260.00 Fee for Chapter 7 cases; $235.00 Fee for Chapter 13 cases; $1167.00 Fee for Chapter 11 cases; and $1000.00 Fee for Chapter 15 Cases for filing a Motion to Reopen a Closed Case.

- [ ] $46.00 Fee for filing any paper not in a case or proceeding for which a filing fee has been paid, including Registering a Judgement from another District.

–– Order continued on 2nd page ––

IT IS ORDERED that the document is deemed lodged, not filed, and that no further action shall be taken by the court on such document until the full filing fee has been paid.

IT IS FURTHER ORDERED that if the case trustee is the filing party that the document shall be deemed lodged, not filed, and that no further action shall be taken by the court until the trustee either pays the filing fee or files a statement that there are insufficient funds in the estate to pay the filing fee. The trustee shall then pay the filing fee as soon as estate funds are available.

**Date:** March 15, 2013      BY THE COURT

**Address of the Bankruptcy Clerk's Office:**      HONORABLE Eileen W. Hollowell
U.S. Bankruptcy Court, Arizona      United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

## NOTICE TO CUSTOMERS REGARDING PAYMENT OF FILING FEES

The Court accepts cashier checks or money orders payable to Clerk, U.S. Bankruptcy Court. Personal checks <u>cannot</u> be accepted for payment of filing fees. If you are making payment in person at the court, you may pay in cash, exact amount only please. Do not send cash through the mail.

## NOTICE TO CUSTOMERS PRESENTING CHECKS FOR PAYMENT OTHER THAN FOR FILING FEES
### (In Person or By Mail)

When you provide a check as payment, you authorize us either to use information from your check to make a one–time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call 602–682–4132.

When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. Upon notification of clearance, the check will be destroyed.

## NOTICE TO CUSTOMERS – PRIVACY ACT

A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available at: https://www.pccotc.gov/pccotc/index.htm, or call toll free at 1–866–945–7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.